# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CV 18-00199-PSG (DFM) | Date | July 31, 2018 |
| Title | Antonin Guzman v. The Orange County Sheriffs Dept. et al. | | |

Present: The Honorable Douglas F. McCormick

| Nancy Boehme | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause

    Plaintiff filed his first amended complaint in this matter on April 16, 2018. See Dkt. 8 ("FAC"). On May 4, 2018, this Court dismissed the FAC with leave to amend. See Dkt. 10. The Court ordered Plaintiff to file a second amended complaint ("SAC") by June 8, 2018, or the Court would recommend that the action be dismissed for failure to prosecute. See id. at 7-8.

    Plaintiff's deadline to file an SAC has expired. Plaintiff has neither filed an SAC nor sought an extension of time in which to do so. This represents a failure to prosecute. Accordingly, within fourteen (14) days, Plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why Plaintiff did not timely file an SAC, and why the Court should not dismiss this action for failure to prosecute and failure to comply with the Court's prior order; or (b) serve and file his SAC in the format specified in the Court's May 4, 2018, order. **Plaintiff is expressly forewarned that if he fails to do either, the Court will deem such failure a further violation of a Court order justifying a recommendation of dismissal and also deem such failure as further evidence of a lack of prosecution warranting a recommendation of dismissal.**

| | : | |
|---|---|---|
| Initials of Preparer | nb | |